UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00359-IM |
| v. | **INDICTMENT** |
| **CARL ANTHONY LANG, JR.,** | 18 U.S.C. § 2250(a) |
| **Defendant.** | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Failure to Register as a Sex Offender)**
**(18 U.S.C. § 2250(a))**

From on or about July 2019 to the present, in the District of Oregon and elsewhere, defendant **CARL ANTHONY LANG, JR.**, a person who is required to register under the Sex Offender Registration and Notification Act as a result of: (a) a June 27, 2017, conviction for Promoting Prostitution in the Second Degree, in the Franklin County Superior Court for the State of Washington, Case Number 17-1-50258-11; and (b) an October 17, 2017, conviction for Promoting Prostitution in the Second Degree, in the Franklin County Superior Court for the State

**Indictment**                                                                                          Page 1

of Washington, Case Number 17-1-50547-11; traveled in interstate commerce to the State of Oregon, and thereafter knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act;

In violation of Title 18, United States Code, Section 2250(a).

Dated: August 18, 2020

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney